

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Bruce Douglas Wilson,                          * From the 90th District
                                                 Court of Stephens County,
                                                 Trial Court No. 29,363.

Vs. No. 11-14-00022-CR                         * February 14, 2014

The State of Texas,                            * Per Curiam Memorandum Opinion
                                                 (Panel consists of: Wright, C.J.,
                                                 Willson, J., and Bailey, J.)

    This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.